IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

RAFAEL MUÑIZ COLÓN,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

CIVIL NO.: 16-2088 (FAB)
Related to: 12-417 (FAB)

## REPORT AND RECOMMENDATION

Pending before the court is petitioner Rafael Muñiz-Colón's letter, docketed as a motion to vacate, set aside or correct sentence under Title 28, United States Code, Section 2255 ("§2255 motion"), inquiring whether he is entitled to relief under Johnson v. United States, 135 S.Ct. 2551 (2015). ECF No. 1. In response, the government has filed a motion to dismiss. ECF No. 9.

On May 29, 2012, petitioner pled guilty to count one of an information that charged him with knowingly carrying a loaded Glock pistol during and in relation to the crime of possession with intent to distribute a controlled substance, in violation of 18 U.S.C. §924(c)(1)(A). ECF Nos. 2-6 in case 12-417 (FAB). He was sentenced on August 27, 2012 and judgment was entered accordingly, imposing an imprisonment term of 120 months and a supervised release term of 5 years. ECF Nos. 9-10 in case 12-417 (FAB).

The Federal Public Defender has informed that "[t]he petitioner does not appear to have been sentenced under nor subject to the Armed Career Criminal Act ('ACCA'), 18 U.S.C. §924(e), or a guideline provision potentially affected by Johnson, and the offense underlying the §924(c) charge was not a 'crime of violence.'" ECF No. 11. This position is consistent with the record.

1

"[B]ecause petitioner was convicted of possessing a firearm in furtherance of a drug trafficking crime, in violation of 18 U.S.C. §924(c)(1)(A), he has not made a prima facie showing that Johnson has any relevance to the facts of his case." Pérez-Prado v. United States, App. 16-1611 (1st Cir. June 24, 2016). ECF No. 9-1.

Therefore, the government's motion to dismiss (ECF No. 9) should be GRANTED and petitioner's §2255 should be DISMISSED.

IT IS SO RECOMMENDED.

The parties have fourteen (14) business days to file any objections to this report and recommendation.   Failure to file same within the specified time waives the right to appeal this report and recommendation. Fed. R. Civ. P. 72(b)(2); Fed. R. Civ. P. 6(c)(1)(B), and Local Rule 72(d); see also 28 U.S.C. § 636(b)(1); Henley Drilling Co. v. McGee, 36 F.3d 143, 150-151 (1st Cir. 1994); United States v. Valencia, 792 F.2d 4 (1st Cir. 1986).

In San Juan, Puerto Rico, this 20th day of December, 2018.

s/Marcos E. López
United States Magistrate Judge